# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1150
LT Case No. 59-2019-CF-3202-A

_____

JIMMIE R. JENNINGS, III,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Jimmie R. Jennings, III, Bowling Green, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, and
Tabitha Mills, Assistant Attorney General, Daytona Beach,
for Respondent.

May 23, 2025

PER CURIAM.

 The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 9, 2025, order denying defendant's motion for postconviction DNA testing rendered in Case No. 59-2019-CF-3202-A, in the Circuit Court in and for Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., KILBANE, and MACIVER, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____